# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY GORDON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARE CAPITAL PROPERTIES, INC., DOUGLAS CROCKER II, RONALD G. GEARY, JOHN S. GATES, JR., JOHN L. WORKMAN, DALE ANNE REISS, JEFFREY A. MALEHORN, and RAYMOND J. LEWIS,<br><br>Defendants. | Case No. 1:17-cv-00859-LPS<br><br>CLASS ACTION |
| ROGER LOEB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARE CAPITAL PROPERTIES, INC., DOUGLAS CROCKER II, JOHN S. GATES, JR., RONALD G. GEARY, RAYMOND J. LEWIS, JEFFREY A. MALEHORN, DALE A. REISS, JOHN L. WORKMAN, SABRA HEALTH CARE REIT, INC., PR SUB, LLC, CARE CAPITAL PROPERTIES, LP, and SABRA HEALTH CARE LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. 1:17-cv-00866-LPS<br><br>CLASS ACTION |

[captions continue on subsequent pages]

| | |
|---|---|
| COREY VINEYARD, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARE CAPITAL PROPERTIES, INC., DOUGLAS CROCKER II, RONALD G. JURY DEMAND GEARY, JOHN S. GATES, JR., JOHN L. WORKMAN, DALE ANNE REISS, JEFFREY A. MALEHORN, and RAYMOND J. LEWIS,<br><br>Defendants. | Case No. 1:17-cv-00878-LPS<br><br><br><br>CLASS ACTION |
| GLENN PARRISH, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARE CAPITAL PROPERTIES, INC., RAYMOND J. LEWIS, DOUGLAS CROCKER II, JOHN S. GATES, JR., RONALD G. GEARY, JEFFREY A. MALEHORN, DALE A. REISS, and JOHN L. WORKMAN,<br><br>Defendants. | Case No. 1:17-cv-00909-LPS<br><br><br><br>CLASS ACTION |

1

| | |
|---|---|
| MELVYN KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>          v.<br><br>CARE CAPITAL PROPERTIES, INC., RAYMOND J. LEWIS, DOUGLAS CROCKER II, JEFFREY A. MALEHORN, JOHN L. WORKMAN, JOHN S. GATES, JR., DALE A. REISS, RONALD G. GEARY, CARE CAPITAL PROPERTIES, LP, SABRA HEALTH CARE REIT, INC., PR SUB, LLC, and SABRA HEALTH CARE LIMITED PARTNERSHIP,<br><br>                    Defendants. | Case No. 1:17-cv-00920-LPS<br><br>CLASS ACTION |

**JOINT STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED ACTIONS**

WHEREAS, five related shareholder class actions have been filed in the United States District Court for the District of Delaware relating to the proposed acquisition of Care Capital Properties, Inc. ("Care Capital") by Sabra Health Care REIT, Inc. (the "Proposed Acquisition"): *Gordon v. Care Capital Properties, Inc., et al.*, Case No. 1:17-cv-00859-LPS (D. Del. June 29, 2017); *Loeb v. Care Capital Properties, Inc., et al.*, Case No. 1:17-cv-00866-LPS (D. Del. June 30, 2017); *Vineyard v. Care Capital Properties, Inc., et al.*, Case No. 1:17-cv-00878-LPS (D. Del. July 3, 2017); *Parrish v. Care Capital Properties, Inc., et al.*, Case No. 1:17-cv-00909-LPS (D. Del. July 6, 2017); and *Klein v. Care Capital Properties, Inc., et al.*, Case No. 1:17-cv-00920-LPS (D. Del. July 10, 2017).

IT IS HEREBY STIPULATED AND AGREED, by plaintiffs Jeffrey Gordon, Roger Loeb, Corey Vineyard, Glenn Parrish and Melvyn Klein (collectively, the "Plaintiffs") and by defendants Care Capital, Douglas Crocker II, Ronald G. Geary, John S. Gates, Jr., John L. Workman, Dale

2

Anne Reiss, Jeffrey A. Malehorn, Raymond J. Lewis, and Care Capital Properties LP, (collectively, the "Care Capital Defendants"), through their respective undersigned counsel, as follows:

1. The following actions shall be consolidated for all purposes to form this consolidated action: *Gordon v. Care Capital Properties, Inc., et al.,* Case No. 1:17-cv-00859-LPS (D. Del. June 29, 2017); *Loeb v. Care Capital Properties, Inc., et al.*, Case No. 1:17-cv-00866-LPS (D. Del. June 30, 2017); *Vineyard v. Care Capital Properties, Inc., et al.,* Case No. 1:17-cv-00878-LPS (D. Del. July 3, 2017); *Parrish v. Care Capital Properties, Inc., et al.,* Case No. 1:17-cv-00909-LPS; and *Klein v. Care Capital Properties, Inc., et al.,* Case No 1:17-cv-00920-LPS (D. Del. July 10, 2017).

2. Every pleading filed in this consolidated action shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CARE CAPITAL PROPERTIES, INC. SHAREHOLDER LITIGATION | Civil Action No. 1:17-cv-00859-LPS |
| | (CONSOLIDATED) |
| This Document Relates To: ALL ACTIONS | CLASS ACTION |

3. Undersigned counsel for the Care Capital Defendants hereby acknowledges receipt of and accepts service of the complaints filed on June 29, 2017 in *Gordon v. Care Capital Properties, Inc., et al.*, No. 1:17-cv-00859-LPS (D. Del.), June 30, 2017 in *Loeb v. Care Capital Properties, Inc., et al.*, No. 1:17-cv-00866-LPS (D. Del.), July 3, 2017 in *Vineyard v. Care Capital Properties, Inc., et al.*, No. 1:17-cv-00878-LPS (D. Del.), July 6, 2017 in *Parrish v. Care Capital*

*Properties, Inc., et al.*, No. 1:17-cv-00909-LPS (D. Del.) and July 10, 2017 in *Klein v. Care Capital Properties, Inc., et al.,* No 1:17-cv-00920-LPS on behalf of the Care Capital Defendants and waive their right to formal service of process pursuant to Fed. R. Civ. P. 4(d); and

      4.      This Order shall apply to each case, arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

Dated: July 25, 2017

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
       jwilson@faruqilaw.com

*Counsel for Plaintiff Jeffrey Gordon*

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff Corey Vineyard*

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff Jeffrey Gordon and Corey Vineyard*

OF COUNSEL:

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Tel.: (212) 682-3025

*Counsel for Plaintiff Glenn Parrish*

OF COUNSEL:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel.: 212-983-1300
Email: tjmckenna@gme-law.com
         gegleston@gme-law.com

*Counsel for Plaintiff Melvyn Klein*

OF COUNSEL:

**SIDLEY AUSTIN LLP**
David F. Graham
Nilofer I. Umar
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7621
Email: numar@sidley.com

*Counsel for Defendants Care Capital Properties, Inc., Douglas Crocker II, John S. Gates, Jr., Ronald G. Geary, Raymond J. Lewis, Jeffrey A. Malehorn, Dale A. Reiss, John L. Workman, and Care Capital Properties, LP*

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

*Counsel for Plaintiffs Roger Loeb and Glenn Parrish*

**O'KELLY ERNST&JOYCE, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst, Esquire (No. 4788)
Daniel P. Murray, Esquire (No. 5785)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel.: (302) 778-4000
Email: rernst@oelegal.com
         dmurray@oelegal.com

*Counsel for Plaintiff Melvyn Klein*

**POTTER ANDERSON & CORROON LLP**

By: */s/ Kevin R. Shannon*
Kevin R. Shannon (#3137)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
Tel.: (302) 984-6000
Email: kshannon@potteranderson.com

*Counsel for Defendants Care Capital Properties, Inc., Douglas Crocker II, John S. Gates, Jr., Ronald G. Geary, Raymond J. Lewis, Jeffrey A. Malehorn, Dale A. Reiss, John L. Workman, and Care Capital Properties, LP*

SO ORDERED THIS _____ day of _____, 2017

_____
United States District Judge